THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RANDOLPH NEUMAN, Appellant.

(Argued January 11, 1933; decided January 27, 1933.)

*Alexander Pfeiffer* and *Louis Flato* for appellant.

*Thomas C. T. Crain, District Attorney* (*Felix C. Benvenga* and *Philip A. Donahue* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.